DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

EDGAR ZUNIGA-MEJIA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-3203

————————————————

September 3, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Hillsborough County; Michelle D. Sisco, Judge.

Edgar Zuniga-Mejia, pro se.

PER CURIAM.

     Affirmed.

CASANUEVA, LUCAS, and STARGEL, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.